# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

## **NOTICE**

UNITED STATES OF AMERICA

VS.              CASE NO. 2:11CR166-SA-JMV

LIMO GAMEZ        DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MS 39730** | **COURTROOM 1 - THIRD FLOOR**<br><br>Date and Time<br>**FRIDAY, MARCH 30, 2012, 2:00 P.M.** |

---

Type of Proceeding

### HEARING ON MOTION TO SUPPRESS EVIDENCE
### BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK

---

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
      Ginger Sisk - Courtroom Deputy

Date: March 23, 2012

To:     William F. Travis (electronic notice only)      Paul D. Roberts (electronic notice only)
        U.S. Probation Service (electronic notice only)    U.S. Marshal (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 or ginger_sisk@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**.