### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### NOTICE

UNITED STATES OF AMERICA

VS.                                                    CASE NUMBER 2:11CR166-SA-JMV

LINO GAMEZ                                             DEFENDANT

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING** <br> **301 WEST COMMERCE STREET** <br> **ABERDEEN, MISSISSIPPI** | **COURTROOM NUMBER 1 - THIRD FLOOR** <br><br> Date and Time <br> **MONDAY, JUNE 11, 2012, 9:40 A.M.** |

Type of Proceeding

**MVD/JURY TRIAL SET BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
(IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE
USE FORM ON OUR PUBLIC WEBSITE:
HTTP://WWW.MSND.USCOURTS.GOV/FORMS.HTM)**
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.*

---

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
GINGER SISK, COURTROOM DEPUTY

Date:  May 1, 2012

To:    William F. Travis (electronic notice only)          Paul D. Roberts (electronic notice only)
       U.S. Probation Service (electronic notice only)     U.S. Marshal Service (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**