UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Criminal Minutes - Trial

Case No.   2:11CR166-SA          Place Held   Aberdeen
Style   USA vs LINO GAMEZ

Date & Time Began 6/11/12, 10:50 a.m. Date & Time Ended 6/12/12, 11:35 a.m.
6/11/12 10:50 am - 5:00 pm (4 hrs 35 min)
6/12/12 9:10 a.m. - 11:35 a.m. (1 hour 30 min)

Total Time 6 hours 5 minutes

PRESENT:

Honorable   Sharion Aycock  , Judge

  Ginger Sisk                    Phyllis McLarty/Rita Sisk
     Deputy Clerk                      Court Reporter

Attorney Present:              Defendant(s)
Government                     William Travis
Paul Roberts, AUSA

Jury Deliberations Began 06/12/12, 10:35 a.m.
Jury Verdict Returned 06/12/12, 11:25 a.m.

**VERDICTS: Count 1- Not guilty**
         **Count 2 - Not guilty**
         **Count 3 - Guilty**
         **Count 4 - Guilty**
         **Count 5 - Guilty**
         **Count 6 - Guilty**

Exhibits Introduced None

Remanded to U.S. Marshal

Sentence Date  Left Open
OTHER REMARKS: 6/11/12-Oral Motion of Defendant for Judgment of Acquittal denied.

DAVID CREWS, CLERK

By  /s/ Ginger Sisk
    Ginger Sisk, Courtroom Clerk