------------------------------ ✂ Cut Here ------------------------------

**Attorney Forwarding Receipt** — *If documents are forwarded to another person, complete this shaded section below, detach this portion and electronically file it with the District Court Clerk's office.*

No. 2:11cr164   Short Title: U.S. v. Lino Gamez

To: Clerk, U.S. District Court

District: Northern

☒ Record Vols: 1 Vol Rec'd, 6 Vols Transcripts
☒ Supp. Record Vols: 1 Supplemental Vol.
☒ Exhibits: 1 Sealed Envelope

Records in above case forwarded to:
Attorney Name: Paul D. Roberts
Address: 400 Jefferson Ave
City, State, Zip: Oxford, MS 38655
Signed: [signature]   Date: 4/19/13

------------------------------ ✂ Cut Here ------------------------------